UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VICTOR CRUGER,

    Plaintiff,

vs.                          Case No. 3:07-cv-602-J-32HTS

JAMES MCDONOUGH,

    Defendant.
_____

**O R D E R**

Upon consideration, this cause is hereby **TRANSFERRED** for all further magistrate proceedings to the Honorable Thomas E. Morris, United States Magistrate Judge, with his consent. The Clerk of the Court is directed to reassign the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of July, 2007.

                                            /s/      Howard T. Snyder
                                            HOWARD T. SNYDER
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Thomas E. Morris
United States Magistrate Judge

Counsel of Record
and pro se parties, if any